UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAYMON BELL,

    Plaintiff,                                      Case No.: 8:22-cv-01054-KKM-TGW

v.

PROGRESSIVE SELECT
INSURANCE COMPANY,

    Defendant.
_____/

**PROGRESSIVE SELECT INSURANCE COMPANY'S**
**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Defendant, PROGRESSIVE SELECT INSURANCE COMPANY ("PROGRESSIVE"), by and through undersigned counsel, and pursuant to Local Rule 2.02(a), Middle District of Florida, hereby gives this Notice of Designation of Lead Counsel.  PROGRESSIVE has designated attorney, Megan E. Alexander, Florida Bar No. 58883, as its Lead Counsel, in the above-captioned case.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 11th day of May 2022, the foregoing document was filed and served this day on all counsel of record in the manner specified on the attached Service List.

                                              s/Megan Alexander
                                              **JORDAN M. THOMPSON, ESQ.**
                                              Florida Bar No.: 087600

**MEGAN E. ALEXANDER, ESQ.**
Florida Bar No.: 58883
**CARLOS G. GOMEZ, ESQ.**
Florida Bar No.: 1014443
Young, Bill, Boles, Palmer, Duke & Thompson, P.A.
Telephone: (813) 603-3006
jthompson@flalawyer.net
malexander@flalawyer.net
cgomez@flalawyer.net
*Counsel for Defendant*

## SERVICE LIST

**KENNETH J MCKENNA, ESQ.**
Florida Bar No.: 21024
**LYNDAL CARTER, ESQ.**
Florida Bar No.: 1031637
Dellecker, Wilson, King, McKenna, Ruffier & SOS, LLP
719 Vassar Street
Orlando, FL 32804
Telephone: (407) 244-3000
kjmeservice@dwklaw.com
lcarter@dwklaw.com
*Counsel for Plaintiff*
*Via CM/ECF*