UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAYMON BELL,

    Plaintiff,

v.                                                               CASE NO. 8:22-cv-01054-KKM-TGW

PROGRESSIVE SELECT
INSURANCE COMPANY,

    Defendant.
_____/

## JUDGMENT IN A CIVIL CASE

The action was tried and the jury rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant, Progressive Select Insurance Company, and against Plaintiff, Daymon Bell.

ELIZABETH WARREN, CLERK

Gretchen S. O'Brien, Deputy Clerk